KARR et al., Respondents, v. BAXTER et al., Appellants. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Corydon P. Karr and another against one Baxter and others. Henry A. Monfort, for appellants. William L. Flagg, for respondents.

PRATT, J. The case presents little but questions of fact which were fairly presented to the jury, and upon which their verdict must be decisive. It cannot be said that there is a failure of evidence in its support. No exceptions require attention. Judgment affirmed, with costs. All concur.

KELLER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, General Term, First Department. June 14, 1895.)- Action by Elizabeth Keller against the Manhattan Railway Company. No opinion. Judgment affirmed, with costs.

KING, Respondent, v. METROPOLITAN EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. June 14, 1895.) Action by David I. King, as executor, against the Metropolitan Elevated Railway Company. H. J. Hennen, for appellant. J. A. Murray, for respondent. No opinion. Judgment affirmed, with costs. See 28 N. Y. Supp. 1109.

KINGSBURY et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Fannie H. Kingsbury and another against the Manhattan Railway Company and another. A. T. Stoutenberg, for appellants. L. C. Dessan, for respondents. No opinion. Judgment affirmed, with costs.

KLOTZKY, Respondent, v. HERTSCHIKOFF, Appellant. (City Court of New York, General Term. May 28, 1895.) Action by Jacob Klotzky against Dora Hertschikoff. Abraham H. Sarasohn, for appellant. Louis Levene, for respondent.

CONLAN, J. We think the warrant of attachment complies with the requirements of section 641 of the Code, and that the order appealed from should be affirmed, with costs.

LADEW et al., Appellants, v. RATHBONE et al., Respondents. (Supreme Court, General Term, Third Department. July 6, 1895.) Action by Edward R. Ladew and another against Charles D. Rathbone and another. No opinion. Judgment affirmed, with costs and disbursements, on opinion of trial court.

LATHAM et al. v. TILDEN et al. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Gray Latham and another against Samuel J. Tilden and another. No opinion. Motion granted, with $10 costs.

LAUBER v. JAMAICA & B. ROAD CO. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Barbara Lauber against the Jamaica & Brooklyn Road Company. No opinion. Judgment and order affirmed, with costs. All concur.